**Sharon Mick BLEDSOE, Respondent,**

v.

**DOLLAR GENERAL STORE CORPORATION, Appellant.**

**No. WD 63833.**

Missouri Court of Appeals, Western District.

Feb. 22, 2005.

James Kelso, for respondent.

William F. Ringer, Kansas City, MO, for appellant.

Before HOWARD, P.J., ULRICH and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM.

Dollar General Store Corporation (Dollar), a self-insured employer, appeals from a decision by the Labor and Industrial Relations Commission (Commission), which modified the permanent partial disability (PPD) award of the Administrative

Law Judge (ALJ) to Dollar's former employee, Sharon Bledsoe.

We affirm the Commission's decision pursuant to Rule 84.16(b).